**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7410**

_____

DAVID O. ROBINSON, a/k/a David Osborne Robinson,

             Plaintiff - Appellant,

        v.

JAMES STEWART, III, Commissioner, Virginia Center for
Behavioral Rehabilitation,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    John A. Gibney, Jr.,
District Judge.  (3:11-cv-00063-JAG)

_____

Submitted:  November 13, 2012          Decided:  January 7, 2013

_____

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David O. Robinson, Appellant Pro Se.  Braden Jon Curtis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David O. Robinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Stewart, No. 3:11-cv-00063-JAG (E.D. Va. Aug. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2